472 A.2d 252

Commonwealth v. Wiegand, Appellant.

Submitted January 17, 1984.  Joseph W. Chupein, Jr., Assistant Public Defender, for appellant;  Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Order affirmed.